Decided April 10, 2003

## LARRY NELSON *v.* COMMISSIONER OF CORRECTION

The petitioner Larry Nelson's petition for certification for appeal from the Appellate Court, 74 Conn. App. 912 (AC 22707), is denied.

*Salvatore C. Adamo*, special public defender, in support of the petition.

*Julia K. Conlin,* deputy assistant state's attorney, in opposition.

Decided April 10, 2003